184 So. 907

**James W. DUNLAP v. Robert B. MACKE, Ex'r, et al.**

6 Div. 236.

Supreme Court of Alabama.

Dec. 1, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

184 So. 908

**Jas. W. DUNLAP v. Robert B. MACKE, Ex'r.**

6 Div. 342.

Supreme Court of Alabama.

Dec. 1, 1938.

W. F. Spencer, of Birmingham, for appellant.

Victor H. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

181 So. 914

**C. C. FAULK et al. v. Fred BLAIR et al. pro ami.**

4 Div. 21.

Supreme Court of Alabama.

May 25, 1938.

Mulkey & Mulkey, of Geneva, for appellants.

G. A. Ward, of Geneva, for appellees.

PER CURIAM.

Appeal dismissed by appellants.

180 So. 894

**A. B. GARRISON et al. v. M. B. MATHISON.**

4 Div. 19.

Supreme Court of Alabama.

April 21, 1938.

McDowell & McDowell, of Eufaula, for appellants.

G. D. Halstead, of Headland, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

184 So. 908

**Ex parte H. E. GROOMS.**

6 Div. 415.

Supreme Court of Alabama.

Oct. 24, 1938.

Beddow, Ray & Jones, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

181 So. 914

**Thomas W. HALLMARK v. Annie Viola COLLEY.**

7 Div. 404.

Supreme Court of Alabama.

May 26, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.